# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| MELVIN BRINSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV423-184 |
| U.S. SUPREME COURT, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Melvin Brinson filed this 42 U.S.C. § 1983 action alleging unconstitutional conditions of his confinement at the Chatham County Detention Center. *See* doc. 1 at 5-18. The original Complaint was submitted jointly by several *pro se* plaintiffs. *See generally id.* The Court severed the plaintiffs' respective claims and directed them to pay the filing fee or move, individually, to proceed *in forma pauperis*. *See generally* doc. 2. Brinson has not complied with that Order. *See generally* docket. He has also failed to comply with the District Judge's Order concerning assignment of this case to a United States Magistrate Judge. *See* docs. 3 & 4. Because he has failed to comply with the Court's Orders and failed to prosecute this case, it should be **DISMISSED**.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders.  See L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Plaintiff's case should thus be **DISMISSED** without prejudice for failing to comply with the Court's Orders.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and

recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 15th day of August, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA