# United States District Court
## Southern District of Georgia

MELVIN BRINSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-184

U.S. SUPREME COURT, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's September 19, 2023 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Plaintiff's Complaint is dismissed. This case stands closed.

Approved by: _[signature]_

September 27, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk